**Armando Cruz AGUILAR, Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE, Respondent.**

No. 02–71118.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 4, 2003.*

Decided Nov. 6, 2003.

Robert A. Espinoza, Santa Fe Springs, CA, for Petitioner.

Regional Counsel, Western Region, Laguna Niguel, CA, Los Angeles District Counsel, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Douglas E. Ginsburg, and Edward C. Durant, Esq., DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: BRIGHT,** O'SCANNLAIN, and MCKEOWN, Circuit Judges.

### MEMORANDUM ***

The record confirms that, before his trip to Mexico, Aguilar received notice that the

** The Honorable Myron H. Bright, United States Circuit Judge for the Eighth Circuit, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the

INS had issued a final denial of his application for temporary resident status. Aguilar was not granted advance parole and later attempted to reenter the United States with an invalid entry document. The INS properly placed Aguilar in exclusion proceedings. *See Landon v. Plasencia,* 459 U.S. 21, 28, 103 S.Ct. 321, 74 L.Ed.2d 21 (1982).

## PETITION FOR REVIEW DENIED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This disposition is not appropriate for publication and may not be cited to or by the courts